Per Curiam.
 

 [¶1] Scott Parks appealed after conditionally pleading guilty to charges of possession of a controlled substance and drug paraphernalia, reserving the right to appeal the denial of his motion to suppress evidence. Parks argues the district court erred in denying his motion to suppress evidence obtained from a purported illegal stop of his vehicle, contending the stop was not supported by reasonable and articulable suspicion. We summarily affirm the amended criminal judgment under N.D.R.App.P. 35.1(a)(2) and (7).
 
 See
 

 City of West Fargo v. Ross
 
 ,
 
 2001 ND 163
 
 ,
 
 634 N.W.2d 527
 
 .
 

 [¶2] Gerald W. VandeWalle, C.J.
 

 Jon J. Jensen
 

 Lisa Fair McEvers
 

 Daniel J. Crothers
 

 Jerod E. Tufte